# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KRISTOFFER KYLE LEWIS and                                                                    PLAINTIFFS
NOLAN SCOTT LEWIS, Individually
and as co-Administrators for the
Estate of Ronald Clyde Lewis,
deceased

v.                                            NO. 5:07CV00163 JMM

LARRY NORRIS, Individually and as                                                           DEFENDANTS
the Director of the Arkansas Department
of Correction; WAYNE SMITH, Individually
and as the Warden of the Southwest
Arkansas Community Correction Facility;
GEORGE HUNSZA, Individually and as the
Assistant Warden of the Southwest
Arkansas Community Corrections Facility;
VICKIE BYBEE, Individually and as the
Administrator of the Arkansas Department
of Correction Hospital; DAVID GUNTHARP,
Individually and as the Internal Affairs
Investigator for the Arkansas Department
of Correction and as the Director of the
Department of Community Correction;
JOHN DOE NO. 1, Individually and in his/her
official capacity; and JOHN DOE NO. 2,
Individually and in his/her official capacity

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young.  No objections have been filed.  After a careful, <u>de</u> <u>novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  The motion to dismiss filed by defendant Vicki Bybee is denied.  The motion to dismiss filed by defendants Larry Norris, Wayne Smith, George Hunsza, and David Guntharp is also denied.

IT IS SO ORDERED this ___3___ day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE