# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

| | |
|---|---|
| KRISTOFFER KYLE LEWIS and<br>NOLAN SCOTT LEWIS, Individually<br>and as co-Administrators for the<br>Estate of Ronald Clyde Lewis,<br>deceased | PLAINTIFFS |
| v.     NO. 5:07CV00163 JMM/HDY | |
| LARRY NORRIS, Individually and as<br>the Director of the Arkansas Department<br>of Correction; WAYNE SMITH, Individually<br>and as the Warden of the Southwest<br>Arkansas Community Correction Facility;<br>GEORGE HUNSZA, Individually and as the<br>Assistant Warden of the Southwest<br>Arkansas Community Corrections Facility;<br>DAVID GUNTHARP, Individually and as the<br>Internal Affairs Investigator for the Arkansas<br>Department of Correction and as the<br>Director of the Department of Community<br>Correction; DONNA STONE, Individually<br>and as Health Services Administrator of<br>the Arkansas Department of Correction<br>Hospital; RONNIE GOFF, Individually and as<br>an Arkansas Department of Correction<br>Psychological Examiner II; and DELLA CHURCH,<br>Individually and as an Arkansas Department of<br>Correction Correctional Officer | DEFENDANTS |

## ORDER

Plaintiffs Kristoffer Kyle Lewis and Nolan Scott Lewis have filed the pending motion to dismiss without prejudice defendant Vicki Bybee ("Bybee"). See Document 28. In the motion, they ask to voluntarily dismiss her because "[she] was not serving in the position of Health Services Administrator at the time of the incident giving rise to this cause of action." See Document 28 at 1.[1] The attorney representing Bybee has been contacted about the motion, and he has no objection to it. The motion is therefore granted. Bybee is dismissed without prejudice from this proceeding.

IT IS SO ORDERED this __16__ day of January, 2008.

_____
UNITED STATES DISTRICT JUDGE

---

[1] It is also worth noting that when the plaintiffs filed their amended complaint, they substituted defendant Donna Stone for Bybee. See Document 25.