## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KRISTOFFER KYLE LEWIS and                                             PLAINTIFFS
NOLAN SCOTT LEWIS, Individually
and as co-Administrators for the
Estate of Ronald Clyde Lewis,
deceased

v.                        NO. 5:07CV00163 BSM/HDY

LARRY NORRIS, Individually and as                                     DEFENDANTS
the Director of the Arkansas Department
of Correction; WAYNE SMITH, Individually
and as the Warden of the Southwest
Arkansas Community Correction Facility;
GEORGE HUNSZA, Individually and as the
Assistant Warden of the Southwest
Arkansas Community Corrections Facility;
DAVID GUNTHARP, Individually and as the
Internal Affairs Investigator for the Arkansas
Department of Correction and as the
Director of the Department of Community
Correction; DONNA STONE, Individually
and as Health Services Administrator of
the Arkansas Department of Correction
Hospital; JOHN A. MANGIARACINA, Individually
and as Psychologist at the Arkansas Department
of Correction Diagnostic Unit; RONNIE GOFF,
Individually and as an Arkansas Department of
Correction Psychological Examiner II; and
DELLA CHURCH, Individually and as an Arkansas
Department of Correction Correctional Officer

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. No objections have been filed. After a careful, <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for summary judgment filed by defendant Donna Stone is granted. <u>See</u> Document 44. She is dismissed from this proceeding.

IT IS SO ORDERED this 13th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE