# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

KRISTOFFER KYLE LEWIS et al.                                                    PLAINTIFFS

v.                              NO. 5:07CV00163 BSM/HDY

LARRY NORRIS, ET AL.                                                             DEFENDANTS

## ORDER

Plaintiffs, Kristoffer Kyle Lewis and Nolan Scott Lewis, move to dismiss, without prejudice, Wayne Smith, George Hunsza, and David Guntharp (Doc. No. 85). Without objection from defendants, and for good cause shown, the motion is granted. Accordingly, Smith, Hunsza, and Guntharp are dismissed without prejudice.

IT IS SO ORDERED this 2nd day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE