IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KRISTOFFER KYLE LEWIS, et al                                              PLAINTIFFS

Vs                          CASE NO. 5:07CV00163 BSM

LARRY NORRIS, et al                                                        DEFENDANTS

### ORDER OF DISMISSAL

The court, having been notified that a settlement has been reached in this matter, following a settlement conference before Magistrate Judge H. David Young, finds that this case should be dismissed. The jury trial scheduled October 26, 2009 is cancelled.

IT IS THEREFORE ORDERED, that the complaint in this action be, and it is, hereby dismissed with prejudice.

The court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire that any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file it with the Court within 30 days of the date of this order.

IT IS SO ORDERED this 15th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE